UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/2021

United States of America,

—v—

William Tucker,

        Defendant.

13-cr-378 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received the attached letter by mail. The Federal Defenders should file a letter indicating whether they intend to contact Mr. Tucker.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Tucker and to note the mailing on the public docket.

SO ORDERED.

Dated: April 14, 2021
      New York, New York

                              ALISON J. NATHAN
                          United States District Judge

13cr 378 (AJN)

DATE: MARCH 26, 2021

RECEIVED APR 12 2021 ALISON J. NATHAN U.S. DISTRICT JUDGE S.D.N.Y.

WILLIAM TUCKER 68509054
FCI ALLENWOOD
PO BOX 2000
WHITE DEER PA 17887

DEAR, HON. ALISON J. NATHAN

Your Honor, I was last before your court Aug 19, 2014 and was at the time represented by attorney Richard Rosenberg, on the charges of conspiracy to distribute and conspiracy to commit a Hobbs Act Robbery. I was sentenced to 126 months.

My reason for writing you is to receive help with an issue I am having. About three years ago I received a call from someone claiming they were representing me however, they never stated their name only that they were from the public defenders office. I found this odd because I was being represented by Mr. Rosenberg. The public defender said he was sorry that he was getting to me too late to file the Johnson motion which would have helped to resentence. He further stated that I should hold off on my 2255 because another case was coming after Johnson. I never heard back from this person so I wrote to Mr. Rosenberg, but still heard nothing back from him.

Now I have been trying to get help with filing a motion under FSA Fair Sentencing Act of 2010 Sec 404 and to this day no one has written me back.

Now there is a new case out of the 4th cir US v. Taylor and one out of the 6th cir dealing with Hobbs Act Robbery. Also the Terry case could bring me back for resentencing.

I am requesting that the court orders the public defenders office or Mr. Rosenberg to contact me about these matters so I can receive some relief.

Thank you Judge for your help in this matter

Respectfully

William Tucker   68509054

C.C. Richard Rosenberg ESQ

Hon Alison J Nathan
File