# ROTHMAN, SCHNEIDER, SOLOWAY & S

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

**Franklin A. Rothman**
**Jeremy Schneider**
**Robert A. Soloway**
**David Stern**

**Rachel Perillo**

Tel: (212) 571 5500
Fax: (212) 571 5507

June 7, 2021

<u>VIA ECF</u>

Hon. Alison J. Nathan
United States Courthouse
40 Foley Square
New York, New York 10007

      Re: U.S.A. v William Tucker
      <u>Ind #: 13-CR-378 (AJN)</u>

Dear Judge Nathan:               SO ORDERED.

    I write with reference to this Court's May 11, 2021 Order assigning me to represent William Tucker in connection with a *pro se* motion for compassionate release he has filed. I have been directed to make a supplemental filing within 30 days of assignment, or to seek additional time. I write without objection of the government, by AUSA Edward Imperatore, to request an additional 45 days to supplement Mr. Tucker's filing, although I intend to do what is within my power to file more quickly. I have spoken with Mr. Tucker by phone and ...
filings of the underlying ca...
motions of his co-defendan...
any viable grounds may ex...
client's individual circum...
compassionate release at th...

    Thank you very much fo...



SO ORDERED.   6/7/2021
ALISON J. NATHAN, U.S.D.J.

                              Robert A. Soloway

RAS:sc

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/2021