USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2021

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571 5500
Fax: (212) 571 5507

June 7, 2021

BY ECF

Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York  10007

Re: U.S. v. William Tucker
13-cr-00378-AJN

Dear Judge Nathan:

    Your Honor has assigned me to represent William Tucker in connection with a pro se filing he has submitted to the Court. I respectfully request that your Honor endorse this letter as an Order directing the Bureau of Prisons to supply me with the complete medical records of my client's incarceration, which will prompt delivery of such records to me for use in this matter.

    Thank you very much for your attention.

Respectfully,

*Robert A. Soloway*

Robert A. Soloway

---

The Bureau of Prisons is directed to provide Mr. Soloway with the complete medical records from Mr. Tucker's incarceration.  SO ORDERED.

SO ORDERED.  6/8/2021
ALISON J. NATHAN, U.S.D.J.