## ROTHMAN, SCHNEIDER, SOLOWAY & STERN

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571 5500
Fax: (212) 571 5507

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/2021

July 21, 2021

VIA ECF

Hon. Alison J. Nathan
United States Courthouse
40 Foley Square
New York, New York 10007



SO ORDERED.  7/21/2021
ALISON J. NATHAN, U.S.D.J.

        Re: U.S.A. v William Tucker
            Ind #: 13-CR-378 (AJN)

Dear Judge Nathan:                                          SO ORDERED.

    Pursuant to your Honor's order of June 7, 2021, the time for counsel to submit a supplement to Mr. Tucker's pro se compassionate release motion expires tomorrow, July 22, 2021. I write to seek an additional five days, to and including Monday, July 26 because while the motion is very nearly complete, I await receipt of a significant number of corroborative documents from several sources which are important to the motion. The government, by AUSA Edward Imperatore, has no objection to this request.

    Thank you very much for your attention to this matter.

                                        Respectfully,

                                        *Robert A. Soloway*

                                        Robert A. Soloway

RAS:sc